THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JACK LEON COMPTON, Defendant-Appellant.

(No. 73-317;

Second District—July 26, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner and Richard Wilson, both of the Appellate Defender's Office, of Elgin, for appellant.

Gerry Dondanville, State's Attorney, of Geneva, for the People.